IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES WEAVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20 cv 474 |
| ) | |
| CITY OF CHICAGO and OFFICERS ) | |
| CRAIG BROWNFIELD, #2181, ADAM ) | |
| TAPLING, #9489, JOHN SHERLOCK, ) | |
| #9161, RENE UGARTE, #19859, JAIRO ) | |
| PEDROMO, #19737, JUSTIN ) | |
| CONCANNON, #7314, JOSEPH ) | |
| LINZEMAN, #14543, and BERNARD LEE ) | |
| JR., #15752, ) | |
| ) | |
| Defendants. ) | |

**COMPLAINT**

NOW COMES the Plaintiff, CHARLES WEAVER, by and through counsel, SHILLER*PREYAR LAW OFFICES, and complaining of the defendants, CITY OF CHICAGO and CRAIG BROWNFIELD, #2181, ADAM TAPLING, #9489, JOHN SHERLOCK, #9161, RENE UGARTE, #19859, JAIRO PEDROMO, #19737, JUSTIN CONCANNON, #7314, JOSEPH LINZEMAN, #14543, and BERNARD LEE JR., #15752, states as follows:

**INTRODUCTION**

This is a civil action seeking damages against defendants for committing acts under color of law, and depriving Plaintiff of rights secured by the Constitution and laws of the United States.

1

## JURISDICTION

1. This action is brought pursuant to the Civil Rights Act, 42 U.S.C. § 1983, and the Fourth and Fourteenth Amendments to the United States Constitution.

2. The jurisdiction of this Court is invoked pursuant to the judicial code 28 U.S.C. § 1331 and 1343 (a); the Constitution of the United States.

3. Pendent jurisdiction as provided under 28 U.S.C. § 1367(a).

## PARTIES

4. Plaintiff CHARLES WEAVER is a citizen of the United States of America, who, at all times relevant, resided in Cook County, Illinois.

5. Defendants CRAIG BROWNFIELD, #2181, ADAM TAPLING, #9489, JOHN SHERLOCK, #9161, RENE UGARTE, #19859, JAIRO PEDROMO, #19737, JUSTIN CONCANNON, #7314, JOSEPH LINZEMAN, #14543, and BERNARD LEE JR., #15752, ("Defendant Officers") were, at the time of this occurrence, duly licensed Chicago Police Officers. They engaged in the conduct complained of in the course and scope of their employment and under color of law. They are sued in their individual capacity.

6. Defendant CITY OF CHICAGO ("City") is a municipal corporation duly incorporated under the laws of the State of Illinois, and is the employer and principal of Defendant Officer.

## FACTS

7. On or around 27 February 2019, Plaintiff was at the residence that he shares with his fiancée and children when his fiancée called the police to escort him out. She did not want Plaintiff arrested.

8. At the time Defendant Officers arrived, Plaintiff's fiancé informed them that the Plaintiff was calm and the matter had been resolved. Nevertheless, Defendant Officers forced their way into the home and ordered Plaintiff to leave.

9. As Plaintiff was exiting the residence, Defendant Brownfield called Plaintiff, "boy" to which he took exception.

10. When Plaintiff held up his finger to make a verbal point, Defendant Brownfield initiated a takedown of Plaintiff. The other defendant officers on scene assisted.

11. Defendant Officers used excessive force against Plaintiff CHARLES WEAVER, including making forcible contact with his arm and body. The force used against Plaintiff was objectively unreasonable.

12. Defendant Officers broke CHARLES WEAVER's right arm.

13. Plaintiff immediately cried out that there was pain in his arm.

14. Plaintiff CHARLES WEAVER was then arrested by Defendant Officers. Plaintiff's arrest was made without a warrant. Immediately before he was arrested by the Defendant Officers, Plaintiff was not violating any laws, rules or ordinances. As the Plaintiff was being arrested, he was not violating any laws, rules, or ordinances. There was no probable cause or justification for the arrest of Plaintiff CHARLES WEAVER on 27 February 2019.

15. This misconduct occurred in front of Plaintiff's minor children, causing him and them to suffer severe emotion distress.

16. Plaintiff told Defendant Officers that his arm was broken and requested medical attention. Defendants Officers delayed in providing and requesting medical attention for Plaintiff.

17. To cover up for their misconduct, Defendant Officers then caused Plaintiff be charged with a crime he did not commit. On 1 May 2019, all charges against Plaintiff were dismissed in a manner consistent with his innocence.

18. The acts of Defendant Officers were intentional, willful and wanton.

19. As a direct and proximate result of the unlawful actions of the defendants, Plaintiff was injured, including physical injuries, pain and suffering, humiliation, embarrassment, fear, emotional trauma, mental anguish, the deprivation of his constitutional rights and dignity, interference with a normal life, lost time, and attorneys' fees.

## COUNT I: 42 U.S.C. § 1983 – Excessive Force

20. Plaintiff re-alleges the above paragraphs as though fully set forth herein.

21. The actions of the Defendant Officers constituted unreasonable, unjustifiable, and excessive force against Plaintiff, thus violating his rights under the Fourth Amendment to the Constitution of the United States and 42 U.S.C. §1983.

22. As a direct and proximate result of the above-detailed actions of the defendants, Plaintiff was injured, including severe pain, physical injury, mental suffering, anguish and humiliation, emotional distress, and fear.

WHEREFORE the Plaintiff, CHARLES WEAVER, purusant to 42 U.S.C. §1983, demands judgment against the Defendants, CRAIG BROWNFIELD, #2181, ADAM TAPLING, #9489, JOHN SHERLOCK, #9161, RENE UGARTE, #19859, JUSTIN CONCANNON, #7314, JOSEPH LINZEMAN, #14543, and BERNARD LEE JR., #15752, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

### COUNT II: 42 U.S.C. § 1983 – False Arrest

23. Plaintiff realleges each of the foregoing paragraphs as if fully set forth here.

24. The actions of Defendant Officers, described above, knowingly caused Plaintiff to be arrested and imprisoned without probable cause or any other justification, constituted a deliberate indifference to Plaintiff's right under U.S. Constitution in violation of the Fourth and Fourteenth Amendment.

25. As a proximate result of the above-detailed actions, Plaintiff was injured, including the deprivation of her liberty and the taking of her person. In addition, the violations proximately caused Plaintiff mental anguish, embarrassment, and humiliation, exposed her to public scandal and disgrace, and caused him to incur various expenses, including but not limited to attorneys' fees, all to Plaintiff's damage.

WHEREFORE the Plaintiff, CHARLES WEAVER, purusant to 42 U.S.C. §1983, demands judgment against Defendants, CRAIG BROWNFIELD, #2181, ADAM TAPLING, #9489, JOHN SHERLOCK, #9161, RENE UGARTE, #19859, JUSTIN CONCANNON, #7314, JOSEPH LINZEMAN, #14543, and BERNARD LEE JR., #15752,

for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

## COUNT III: 42 U.S.C. § 1983 – Denial of Medical Care

26. Plaintiff realleges each of the foregoing paragraphs as if fully set forth here.

27. As described more fully above, Defendant Officers had notice of Plaintiff's objectively serious medical condition.

28. Despite Defendant Officers' notice, they failed to provide Plaintiff with necessary medical attention, in violation of the Fourth, Eighth, and Fourteenth Amendments of the United States Constitution.

29. As a result of the unjustified and unconstitutional conduct of Defendant Officers, Plaintiff experienced pain, suffering, emotional distress, injury, and risked life-long impairment.

30. The misconduct of Defendant Officers was objectively unreasonable and was undertaken intentionally with malice, willfulness, and reckless indifference to the rights of Plaintiff.

31. Alternatively, Defendants were deliberately indifferent to Plaintiff's objectively serious medical needs, and their acts were undertaken intentionally with malice, willfulness, and deliberate indifference to the rights of Plaintiff.

32. Plaintiff was harmed as a result of the unconstitutional conduct of Defendant Officers including, but not limited to, severe pain, physical injury, mental suffering, anguish and humiliation, and loss of dignity.

WHEREFORE the Plaintiff, CHARLES WEAVER, purusant to 42 U.S.C. §1983, demands judgment against Defendants, CRAIG BROWNFIELD, #2181, ADAM TAPLING, #9489, JOHN SHERLOCK, #9161, RENE UGARTE, #19859, JAIRO PEDROMO, #19737, JUSTIN CONCANNON, #7314, JOSEPH LINZEMAN, #14543, and BERNARD LEE JR., #15752, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

### COUNT IV: 745 ILCS 10/9-102 – Indemnification

33. Plaintiff realleges each of the foregoing paragraphs as if fully set forth here.
34. Defendant City of Chicago is the employer of the Defendant Officers.
35. Defendant Officers committed the acts alleged above under color of law and in the scope of her employment as an employee of the City of Chicago.

WHEREFORE the Plaintiff, CHARLES WEAVER, demands that should any Defendant Officer be found liable on one or more of the claims set forth above, pursuant to 745 ILCS 10/9-102, the Defendant, CITY OF CHICAGO, be found liable for any judgment Plaintiff obtains, as well as attorney's fees and costs awarded.

### COUNT V: Malicious Prosecution (State Law Claim)

36. Plaintiff realleges each of the foregoing paragraphs as if fully set forth here.
37. By the actions detailed above, Defendant Officers knowingly sought to and did in fact maliciously prosecute Plaintiff on false charges for which they knew there was no probable cause.

38. Defendant City is sued in this Count pursuant to the doctrine of *respondeat superior*, in that Defendant Officers performed the actions complained of while on duty and/or in the employ of Defendant City, and while acting within the scope of this employment.

39. As a direct and proximate result of the malicious prosecution, Plaintiff was damaged, including the value of her lost liberty, exposure to public scandal and disgrace, damage to her reputation, mental and emotional suffering, humiliation, embarrassment, and anguish.

WHEREFORE the Plaintiff, CHARLES WEAVER, demand judgment against the Defendants, CITY OF CHICAGO and CRAIG BROWNFIELD, #2181**,** ADAM TAPLING, #9489, JOHN SHERLOCK, #9161, RENE UGARTE, #19859, JAIRO PEDROMO, #19737, JUSTIN CONCANNON, #7314, JOSEPH LINZEMAN, #14543, and BERNARD LEE JR., #15752, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

### COUNT VI: Intentional Infliction of Emotional Distress (State Law Claim)

40. Plaintiff realleges each of the foregoing paragraphs as if fully set forth here.

41. The above-detailed conduct by Defendant Officers was extreme and outrageous, exceeding all bounds of human decency.

42. Defendants Officers performed the acts detailed above with the intent of inflicting severe emotional distress or with knowledge of the high probability that the conduct would cause such distress.

43. Defendant City is sued in this to the doctrine of *respondeat superior*, in that Defendant Officers performed the actions complained of while on duty and/or in the employ of Defendant City, and while acting within the scope of their respective employment.

44. As a direct and proximate result of this conduct, Plaintiff did, in fact, suffer severe emotional distress, resulting in injury to his mind, body, and nervous system, including loss of sleep, mental anguish, and excruciating physical pain and emotional suffering.

WHEREFORE the Plaintiff, CHARLES WEAVER, demand judgment against the Defendants, CITY OF CHICAGO and CRAIG BROWNFIELD, #2181, ADAM TAPLING, #9489, JOHN SHERLOCK, #9161, RENE UGARTE, #19859, JAIRO PEDROMO, #19737, JUSTIN CONCANNON, #7314, JOSEPH LINZEMAN, #14543, and BERNARD LEE JR., #15752, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

Respectfully Submitted,
**CHARLES WEAVER**

By: /s/Brendan Shiller
*One of Plaintiff's Attorneys*

Brendan Shiller
SHILLER*PREYAR LAW OFFICE
601 South California Avenue
Chicago, Illinois 60612
E: brendan@shillerpreyar.com

9